### Donald W. Burns *v.* Harry J. Gould

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Arthur A. Hiller,* for the appellee (plaintiff).

*Robert K. Lesser,* for the appellant (defendant).

Argued June 1—decided June 1, 1976

### Joseph Spak *v.* Liftow, Inc.

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is granted unless the plaintiff, on or before July 1, 1976, orders from the court reporter, pursuant to § 608A of the Practice Book, such parts of the transcript as he deems necessary to the proper presentation of his appeal.

*Willam F. Gallagher,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued June 1—decided June 1, 1976

### Anthony J. Sparaco et al. *v.* Town of Essex et al.

The motion by the named defendant et al. to dismiss the appeal from the Superior Court in Middlesex County is granted.

The motion by the defendants William D. Fullerton et al. to dismiss the appeal from the Superior Court in Middlesex County is granted.

*Joseph Q. Koletsky,* for the appellees (defendants).

*William A. Roberto,* for the appellants (plaintiffs).